456 A.2d 1340

**COMMONWEALTH of Pennsylvania**

v.

**Sheldon DORIAN, Petitioner.**

Supreme Court of Pennsylvania.

March 3, 1983.

### ORDER

Petition for Allowance of Appeal is granted. Record is remanded to the Court of Common Pleas of Cambria County for appointment of new counsel and a hearing on petitioner's claim for post-conviction relief. 304 Pa.Super. 163, 450 A.2d 152.